# Paul Janzen

| | |
|---|---|
| **From:** | Gayle Madrid |
| **Sent:** | Friday, March 28, 2025 3:11 PM |
| **To:** | Baumgart, Brenda K.; Johnson, Tom R.; Shaddy-Farnsworth, Sophie |
| **Cc:** | Paul Janzen; Caroline Janzen; Renee Ripley; Nicole Pierce |
| **Subject:** | Ellis v. OHSU |

Good Afternoon:

In reviewing the discovery responses in the above-entitled matter and the fact that most of the responses were not in final form, I am reserving the discovery responses for the below:

1. Ellis-Response to Request for Production, Response to Request for Admissions, Initial Disclosures and Response to Interrogatories;
2. Brandt- Response to Request for Production, Response to Request for Admissions, Initial Disclosures and Response to Interrogatories;
3. Chavez- Response to Request for Production, Response to Request for Admissions, Initial Disclosures and Response to Interrogatories;
4. Liebe- Response to Request for Production, Response to Request for Admissions, Initial Disclosures and Response to Interrogatories.

Our office has provided links to each plaintiff's responsive documents with the exception of Michelle Liebe. I should have the document link later this evening and will forward it to you promptly. See below Drop Box link which contains all of the Plaintiffs responses.

https://www.dropbox.com/t/bcFHbMjtmv5OJ2Ue


*Regards,*

*Gayle Lillich Madrid*
*Paralegal*
*Rugged Law, Inc.*
*4550 SW Hall Blvd.*
*Beaverton, Oregon 97005*
*503-520-9900*
*gayle@ruggedlaw.com*

*CONFIDENTIALITY NOTICE: This message is intended only for the use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please call immediately. Do not forward this message or otherwise disseminate it, and please delete all copies from your computer. Thank you.*